UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL.<br>　　　　　Plaintiff,<br><br>v.<br><br>KRISTINE COLE, ET AL.,<br>　　　　　Defendant. | CASE NO. 3:22-cv-05082-JHC<br><br>ORDER |

　　　Before the Court is a "Stipulated Request for Extension of Deadline to File Stipulation of Dismissal." Dkt. # 49. The Court GRANTS the stipulated motion. The deadline to file a stipulation of dismissal is extended to April 6, 2023.

　　　Dated this 23rd day of March, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1