THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTINE COLE and KEN ERVIN,<br><br>Defendants. | NO.: 2:22-cv-005082-JHC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

AND NOW, this 31st day of March, 2023, upon consideration of the parties' stipulation of voluntary dismissal, it is hereby **ORDERED** that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its costs, including attorneys' fees and litigation expenses of every nature and description.

**SO ORDERED.**

Honorable John H. Chun
United States District Court Judge